———o———

STATE OF MISSOURI, Appellant, *vs.* JULIUS KOCK, Respondent.

*Appeal from Phelps Circuit Court.*

1. State vs. Roehm, *ante* p. 82, affirmed.

*Hockaday, Att'y Gen'l,* for Appellant.

*Seay & Southgate,* for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The indictment was for selling liquor on Sunday, and the court sustained a demurrer thereto.   The record presents the same facts that existed in the case of the State vs. Roehm, decided at this term, and in accordance with that decision the judgment will be reversed and the cause remanded ; the other judges concur.